Terry AJ LYSLORD–DUNCAN,
Plaintiff—Appellant,

v.

BANK OF AMERICA, Defendant—
Appellee.

No. 11–6389.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 30, 2011.

Terry AJ Lyslord–Duncan, Appellant Pro Se.

Before MOTZ, DUNCAN, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Terry AJ Lyslord–Duncan appeals the district court's order dismissing his action brought pursuant to the Americans with

Disabilities Act, 42 U.S.C.A. §§ 12101–12213 (West 2005 & Supp.2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lyslord–Duncan v. Bank of America,* No. 7:11–cv–00068–sgw–mfu, 2011 WL 767413 (W.D.Va. Feb. 28, 2011). We deny Lyslord–Duncan's motions for a transcript at government expense, to terminate the PLRA application, to appoint counsel, and for abeyance and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*